1 | **RIMAC MARTIN**
2 | A Professional Corporation
  | JOSEPH M. RIMAC, ESQ. - SBN 72381
3 | WILLIAM REILLY - State Bar No. 177550
  | 1051 Divisadero Street
4 | San Francisco, CA 94115
  | Telephone:  (415) 561-8440
5 | Facsimile:   (415) 561-8430

6 | Attorneys for Plaintiff
  | SEVEN CORNERS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CORNERS, INC., | CASE NO. CV 12-04679-RMW |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE THE JANUARY 11, 2013 CASE MANAGEMENT CONFERENCE TO FEBRUARY 22, 2013 |
| STANFORD HOSPITAL AND CLINICS, a California corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | ~~PROPOSED~~ ORDER |

---

-1-

**STIPULATION & ORDER**  CASE NO. CV 12-04679-RMW

-2-

1   IT IS HEREBY STIPULATED by and between the plaintiff SEVEN CORNERS, INC.
2   and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of
3   record to continue the January 11, 2013 Case Management Conference to February 22, 2013 at
4   10:30 a.m.
5   GOOD CAUSE EXISTS for this brief continuance of the Case Management Conference
6   because the parties are actively involved in settlement and other negotiations that could make the
7   Case Management Conference unnecessary.
8   SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: January 4, 2013   By:   /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Plaintiff
SEVEN CORNERS, INC.

THE LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN

DATED: January 4, 2013   By:   /s/ **SARA FRISCH**
SARA FRISCH
Attorneys for Defendant
STANFORD HOSPITAL AND CLINICS

### ORDER

The parties having stipulated thereto, IT IS HEREBY ORDERED that the January 11, 2013 Case Management Conference to February 22, 2013 at 10:30 a.m.

**SO ORDERED.**

DATED: _____   By:   *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge