1  **RIMAC MARTIN**
   A Professional Corporation
2  JOSEPH M. RIMAC, ESQ. - SBN 72381
   WILLIAM REILLY - State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
5

6  Attorneys for Plaintiff
   SEVEN CORNERS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION
11
   SEVEN CORNERS, INC.,              )
12                                   )   **CASE NO.** CV 12-04679-RMW
              Plaintiff,             )
13                                   )   **STIPULATION AND ORDER TO**
       vs.                           )   **CONTINUE THE JANUARY 11, 2013**
14                                   )   **CASE MANAGEMENT**
   STANFORD HOSPITAL AND CLINICS, a  )   **CONFERENCE TO FEBRUARY 22,**
15 California corporation, and DOES 1 through 50, )  **2013**
   inclusive,                        )
16                                   )   ~~PROPOSED~~ **ORDER**
              Defendants.            )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

---

                                     -1-

**STIPULATION & ORDER**                              **CASE NO.** CV 12-04679-RMW

1  IT IS HEREBY STIPULATED by and between the plaintiff SEVEN CORNERS, INC.
2  and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of
3  record to continue the January 11, 2013 Case Management Conference to February 22, 2013 at
4  10:30 a.m.
5  GOOD CAUSE EXISTS for this brief continuance of the Case Management Conference
6  because the parties are actively involved in settlement and other negotiations that could make the
7  Case Management Conference unnecessary.
8  SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: January 4, 2013  By:  /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Plaintiff
SEVEN CORNERS, INC.

THE LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN

DATED: January 4, 2013  By:  /s/ **SARA FRISCH**
SARA FRISCH
Attorneys for Defendant
STANFORD HOSPITAL AND CLINICS

### ORDER

The parties having stipulated thereto, IT IS HEREBY ORDERED that the January 11, 2013 Case Management Conference to February 22, 2013 at 10:30 a.m.

**SO ORDERED.**

DATED: FJBH   By: *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

**STIPULATION & ORDER**                              -2-                              **CASE NO.** CV 12-04679-RMW