1  RIMAC MARTIN
   A Professional Corporation
2  JOSEPH M. RIMAC, ESQ. - SBN 72381
   WILLIAM REILLY - State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
5

6  Attorneys for Plaintiff
   SEVEN CORNERS, INC.

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

   SEVEN CORNERS, INC.,                  )
12                                        )   CASE NO. CV 12-04679-RMW
              Plaintiff,                  )
13                                        )   STIPULATION AND ORDER TO
       vs.                                )   CONTINUE THE FEBRUARY 22, 2013
14                                        )   CASE MANAGEMENT
   STANFORD HOSPITAL AND CLINICS, a       )   CONFERENCE TO MARCH 29, 2013
15 California corporation, and DOES 1 through 50, )
   inclusive,                             )   ~~PROPOSED~~ ORDER
16                                        )
              Defendants.                 )
17 _____)

1       IT IS HEREBY STIPULATED by and between the plaintiff SEVEN CORNERS, INC. and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of record to continue the February 22, 2013 Case Management Conference to March 29, 2013 at 10:30 a.m.

      GOOD CAUSE EXISTS for this brief continuance of the Case Management Conference because the parties are actively involved in settlement and other negotiations that could make the Case Management Conference unnecessary.

      SO STIPULATED.

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: February 20, 2013   By:   /s/ WILLIAM REILLY
                                                    WILLIAM REILLY
                                                    Attorneys for Plaintiff
                                                    SEVEN CORNERS, INC.

THE LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN

DATED: February 20, 2013   By:   /s/ SARA FRISCH
                                                      SARA FRISCH
                                                    Attorneys for Defendant
                                                    STANFORD HOSPITAL AND CLINICS

### ORDER

The parties having stipulated thereto, IT IS HEREBY ORDERED that the February 22, 2013 Case Management Conference to March 29, 2013 at 10:30 a.m.

**SO ORDERED.**

DATED: _____   By: */s/ Ronald M. Whyte*
                                                        RONALD M. WHYTE
                                                        United States District Judge