1  RIMAC MARTIN
   A Professional Corporation
2  JOSEPH M. RIMAC, ESQ. - SBN 72381
   WILLIAM REILLY - State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone: (415) 561-8440
   Facsimile:  (415) 561-8430
5
6  Attorneys for Plaintiff
   SEVEN CORNERS, INC.
7

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION

SEVEN CORNERS, INC.,               )
                                   )   CASE NO. CV 12-04679-RMW
            Plaintiff,             )
                                   )   STIPULATION AND ORDER TO
      vs.                          )   CONTINUE THE FEBRUARY 22, 2013
                                   )   CASE MANAGEMENT
STANFORD HOSPITAL AND CLINICS, a   )   CONFERENCE TO MARCH 29, 2013
California corporation, and DOES 1 through 50, )
inclusive,                         )   ~~PROPOSED~~ ORDER
                                   )
            Defendants.            )
_____)

1    IT IS HEREBY STIPULATED by and between the plaintiff SEVEN CORNERS, INC.
2 and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of
3 record to continue the February 22, 2013 Case Management Conference to March 29, 2013 at
4 10:30 a.m.
5    GOOD CAUSE EXISTS for this brief continuance of the Case Management Conference
6 because the parties are actively involved in settlement and other negotiations that could make the
7 Case Management Conference unnecessary.
8    SO STIPULATED.

9
                                    Respectfully submitted,
10
                                    RIMAC MARTIN, P.C.
11
   DATED: February 20, 2013  By:    /s/ WILLIAM REILLY
12                                  WILLIAM REILLY
                                    Attorneys for Plaintiff
13                                  SEVEN CORNERS, INC.

14
                                    THE LAW OFFICES OF STEPHENSON, ACQUISTO &
15                                  COLMAN

16 DATED: February 20, 2013  By:    /s/ SARA FRISCH
                                    SARA FRISCH
17                                  Attorneys for Defendant
                                    STANFORD HOSPITAL AND CLINICS
18

19                                  **ORDER**

20    The parties having stipulated thereto, IT IS HEREBY ORDERED that the February 22,
21 2013 Case Management Conference to March 29, 2013 at 10:30 a.m.
22    **SO ORDERED.**

23
          GEOFEFH
24 DATED: _____      By:  *Ronald M. Whyte*
                                    RONALD M. WHYTE
25                                  United States District Judge

26

27

28

---