| | |
|---|---|
| RIMAC MARTIN, P.C.<br>A Professional Corporation<br>JOSEPH M. RIMAC – SBN 72381<br>WILLIAM REILLY – SBN 177550<br>1051 Divisadero Street<br>San Francisco, CA 94115<br>Telephone: 415.561.8440<br>Facsimile: 415.561.8430<br><br>Attorneys for Plaintiff<br>SEVEN CORNERS, INC. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CORNERS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>STANFORD HOSPITALS AND CLINICS,<br>a California corporation, and DOES 1<br>through 50, inclusive,<br><br>     Defendants. | CASE NO. 5:12-cv-04679 RMW<br><br>**STIPULATION AND ORDER TO CONTINUE THE APRIL 26, 2013 CASE MANAGEMENT CONFERENCE TO MAY 10, 2013;** ~~PROPOSED~~ **ORDER** |

**IT IS HEREBY STIPULATED** by and between the plaintiff SEVEN CORNERS, INC. and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of record, to continue the April 26, 2013 Case Management Conference to May 10, 2013 at 10:30 a.m.

**GOOD CAUSE EXISTS** for this brief continuance of the Case Management Conference because the parties have settled the matter, but have been unable to finalize and execute the

---
1

STIPULATION AND ORDER TO CONTINUE THE APRIL 26, 2013 CASE MANAGEMENT CONFERENCE TO MAY 10, 2013
Case No. 5:12-cv-04679 RMW

1  settlement documents because of counsel's preplanned vacation schedule.  The documents
2  should be finalized and a Stipulation of Dismissal filed before the May 10, 2013 Case
3  Management Conference.

4      **SO STIPULATED**.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | RIMAC MARTIN, P.C. |
| DATED: April 9, 2013   April 9, 2013 | By:   /s/ William Reilly<br>WILLIAM REILLY<br>Attorneys for Plaintiff<br>SEVEN CORNERS, INC. |
|   | THE LAW OFFICES OF STEPHENSON,<br>ACQUISTO & COLMAN |
| DATED:  April 9, 2013 | By:   /s/ Sara Frisch<br>SARA FRISCH<br>Attorneys for Defendant<br>STANFORD HOSPITAL AND CLINICS |

### ORDER

The parties having stipulated thereto,

**IT IS HEREBY ORDERED** that the April 26, 2013 Case Management Conference be continued to May 10, 2013 at 10:30 a.m.

**SO ORDERED**.

DATED: _____   By: *[signature: Ronald M. Whyte]*
                                                   HON. RONALD M. WHYTE
                                                 United States District Judge

2

STIPULATION AND ORDER TO CONTINUE THE APRIL 26, 2013 CASE MANAGEMENT CONFERENCE
TO MAY 10, 2013
Case No.  5:12-cv-04679 RMW