RIMAC MARTIN, P.C.
A Professional Corporation
JOSEPH M. RIMAC – SBN 72381
WILLIAM REILLY – SBN 177550
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561.8440
Facsimile: 415.561.8430

Attorneys for Plaintiff
SEVEN CORNERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CORNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STANFORD HOSPITALS AND CLINICS, a California corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 5:12-cv-04679 RMW <br><br> STIPULATION AND ORDER TO CONTINUE THE MAY 10, 2013 CASE MANAGEMENT CONFERENCE TO MAY 17, 2013; ~~PROPOSED~~ ORDER |

**IT IS HEREBY STIPULATED** by and between plaintiff SEVEN CORNERS, INC. and defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of record, to continue the May 10, 2013 Case Management Conference to May 17, 2013 at 9:30 a.m.

**GOOD CAUSE EXISTS** for this brief continuance of the Case Management Conference because the parties have settled the matter, finalized the terms of the Release and will execute the Release next week after one of the signors returns to the office. The documents should be

1

STIPULATION AND ORDER TO CONTINUE THE MAY 10, 2013 CASE MANAGEMENT
CONFERENCE TO MAY 17, 2013; PROPOSED ORDER
Case No. 5:12-cv-04679 RMW

1  finalized and a Stipulation of Dismissal filed before the May 17, 2013 Case Management
2  Conference.
3      **SO STIPULATED**.

                                          Respectfully submitted,

                                          RIMAC MARTIN, P.C.

DATED: May 8, 2013            By:    */s/ William Reilly*
                                          WILLIAM REILLY
                                          Attorneys for Plaintiff
                                          SEVEN CORNERS, INC.


                                          THE LAW OFFICES OF STEPHENSON,
                                          ACQUISTO & COLMAN

DATED: May 8, 2013            By:    */s/ Sara Frisch*
                                          SARA FRISCH
                                          Attorneys for Defendant
                                          STANFORD HOSPITAL AND CLINICS


<u>**ORDER**</u>

    The parties having stipulated thereto,

    **IT IS HEREBY ORDERED** that the May 10, 2013 Case Management Conference be continued to May 17, 2013 at ~~9:30 a.m.~~ [illegible handwritten]

    **SO ORDERED**.

DATED: [illegible]          By: */s/ Ronald M. Whyte*
                                HON. RONALD M. WHYTE
                                United States District Judge

2

STIPULATION AND ORDER TO CONTINUE THE MAY 10, 2013 CASE MANAGEMENT
CONFERENCE TO MAY 17, 2013; PROPOSED ORDER
Case No. 5:12-cv-04679 RMW