1  RIMAC MARTIN, P.C.
   A Professional Corporation
2  JOSEPH M. RIMAC – SBN 72381
   WILLIAM REILLY – SBN 177550
3  1051 Divisadero Street
   San Francisco, CA 94115
4  Telephone:  415.561.8440
5  Facsimile:  415.561.8430

6  Attorneys for Plaintiff
   SEVEN CORNERS, INC.
7

8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION
11

12 SEVEN CORNERS, INC.,              )   CASE NO.  5:12-cv-04679 RMW
                                     )
13         Plaintiff,                )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE THE MAY 10, 2013 CASE**
14 v.                                )   **MANAGEMENT CONFERENCE TO**
                                     )   **MAY 17, 2013;** ~~PROPOSED~~ **ORDER**
15 STANFORD HOSPITALS AND CLINICS,   )
16 a California corporation, and DOES 1 )
   through 50, inclusive,            )
17                                    )
18         Defendants.                )

19     **IT IS HEREBY STIPULATED** by and between plaintiff SEVEN CORNERS, INC. and
20 defendant STANFORD HOSPITAL AND CLINICS, through their respective counsel of record,
21 to continue the May 10, 2013 Case Management Conference to May 17, 2013 at 9:30 a.m.
22     **GOOD CAUSE EXISTS** for this brief continuance of the Case Management Conference
23 because the parties have settled the matter, finalized the terms of the Release and will execute the
24 Release next week after one of the signors returns to the office.  The documents should be

25
                                         1
26 ─────────────────────────────────────────────────────────
   STIPULATION AND ORDER TO CONTINUE THE MAY 10, 2013 CASE MANAGEMENT
27          CONFERENCE TO MAY 17, 2013; PROPOSED ORDER
                    Case No.  5:12-cv-04679 RMW
28

1 | finalized and a Stipulation of Dismissal filed before the May 17, 2013 Case Management
2 | Conference.

3 | **SO STIPULATED.**

4 | Respectfully submitted,

5 | RIMAC MARTIN, P.C.

6 | DATED: May 8, 2013          By:     /s/ *William Reilly*
7 | WILLIAM REILLY
  | Attorneys for Plaintiff
8 | SEVEN CORNERS, INC.

9 | THE LAW OFFICES OF STEPHENSON,
  | ACQUISTO & COLMAN
10 |

11 | DATED:  May 8, 2013         By:     /s/ *Sara Frisch*
  | SARA FRISCH
12 | Attorneys for Defendant
  | STANFORD HOSPITAL AND CLINICS

13 |

14 | **ORDER**

15 | The parties having stipulated thereto,

16 | **IT IS HEREBY ORDERED** that the May 10, 2013 Case Management Conference be
17 | continued to May 17, 2013 at ~~9:30 a.m.~~ 10:30 a.m.

18 | **SO ORDERED.**

19 |
20 | DATED: 5/8/13          By: _____
                                 *[signature: Ronald M. Whyte]*
21 |                             HON. RONALD M. WHYTE
                                 United States District Judge